**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAHUL MISHRA,

    Plaintiff,

v.                                              Case No:   6:24-cv-1287-RBD-LHP

EXPERIAN INFORMATION SOLUTIONS, INC
and EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

**ORDER OF DISMISSAL**

This cause is before the Court upon the Plaintiff's Notice of Settlement filed on July 29, 2024 (Doc. 8), indicating that this case has settled as to Equifax Information Services LLC.   Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE** as to **Defendant Equifax Information Services LLC,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. The Clerk is **DIRECTED** to terminate Equifax Information Services LLC as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 31, 2024.

ROY B. DALTON, JR.
United States District Judge